IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY JO MORGAN,<br>AIS 183385, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 08-0341-KD-C |
| KENNETH JONES, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 5, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** this 23 day of September, 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**